FRANCES B. SANFORD and another, executors, &c., complainants-respondents,

*v.*

MARY MARSH KAERCHER and JOHN KAERCHER, infants, defendants-respondents, defendants-appellants, and JOSEPHINE ELIZABETH MARSH KAERCHER, defendant-appellant.

[Argued February 13th, 1940. Decided April 25th, 1940.]

*Mr. Arthur H. Bissell,* for the complainants-respondents.

*Messrs. Collins & Corbin,* for the defendant-appellant Josephine Elizabeth Marsh Kaercher.

*Messrs. Carey & Lane,* for the defendants-appellants and defendants-respondents. John H. Young, guardian *ad litem* of Mary Marsh Kaercher, and John Kaercher.

*Mr. Harold Bouton,* for the executors of residuary legatee, Alice M. Olive, and residuary legatee, Frances Edgar Hebbard.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Bigelow and reported in *126 N. J. Eq. 391.*

We find no abuse of discretion in the allowance of counsel fees and costs to be paid out of the John C. Marsh share of the Sarah W. Marsh estate.

*For affirmance*—THE CHIEF-JUSTICE, CASE, BODINE, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ. 11.

*For reversal*—DONGES, J. 1.